JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6730
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWAN MOHAMED, | No. C 08-4217 MHP |
| Plaintiff, | |
| v. | |
| MICHAEL MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; JONATHAN SCHARFEN, Director of U.S. Citizenship and Immigration Services; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; CHRISTINA POULOS, Director of the California Service Center, ROBIN BARRET, Director of San Francesco Field Office, USCIS | STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a) |
| Defendants. | |

///

///

///

///

///

///

///

///

STIPULATION
C 08-4217 MHP                         1

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Rule 41(a), Federal Rules of Civil Procedure, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Dated: October 28, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: October 28, 2008

_____/s/_____
ERICH KEEFE
Attorney for Plaintiff



IT IS SO ORDERED
Judge Marilyn H. Patel

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
C 08-4217 MHP                                    2